People v Streeter (2025 NY Slip Op 06514)

People v Streeter

2025 NY Slip Op 06514

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025

PRESENT: LINDLEY, J.P., CURRAN, SMITH, OGDEN, AND NOWAK, JJ. (Filed Nov. 21, 2025.) 

MOTION NO. (1053/18) KA 16-01786.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JARVIS STREETER, ALSO KNOWN AS KITTY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.